```
FILED: APRIL 30, 2008
08CV2458 NF
JUDGE ST. EVE
MAGISTRATE JUDGE KEYS
```
Case 1:08-cv-02458    Document 2    Filed 04/30/2008    Page 1 of 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** UNITED STATES OF AMERICA

County of Residence:

Plaintiff's Atty:  Melissa A. Childs
Assistant U.S. Attorney
219 South Dearborn St.
Chicago, IL  60604
312/ 353-5331

**Defendant(s):** MATTHEW J. PALUCK
10025 So. Longwood Drive
Chicago, IL  60643

County of Residence: Cook

Defendant's Atty:

---

II. Basis of Jurisdiction:    **1  U.S. Gov't Plaintiff**

III. Citizenship of Principle Parties **(Diversity Cases Only)**
Plaintiff:    **- N/A**
Defendant:    **- N/A**

IV: Origin:    **1. Original Proceeding**

V: Nature of Suit:    **190 - OTHER CONTRACTS**

VI: Cause of Action:    **Department of Defense USAF ROTC Default**

VII: Requested in Complaint
Class Action:    **No**
Dollar Demand:    **$31,884.86**
Jury Demand:    **No**

VIII. This case **Is Not** a refiling of a previously dismissed case.  (If yes case number ___ by Judge___)

Signature:

Date:

**Revised: 03/10/99**