UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MATTHEW J. PALUCK, )<br>)<br>Defendant. ) | No. 08 C 2458<br><br>Judge Amy St. Eve |

**INITIAL STATUS REPORT**

1. **The Nature of the Case**

    A. Identify the attorneys of record for each party, including the lead trial attorney:

    | United States | Matthew J. Paluck |
    |---|---|
    | Melissa A. Childs | *Pro Se,* no appearance filed to date |
    | Assistant United States Attorney | 10025 So. Longwood Drive |
    | 219 S. Dearborn Street, 5th Fl. | Chicago, Illinois 60643 |
    | Chicago, Illinois 60604 | |
    | (312) 353-5331 | |

    B. State the basis for federal jurisdiction:

    28 U.S.C. § 1345

    C. Describe the nature of the claims asserted in the complaint and any counterclaims:

    Breach of contract, reimbursement for tuition upon dis-enrollment from the Air Force Reserve Officer Training Corps (AFROTC).

    D. State the major legal and factual issues in the case:

    Matthew J. Paluck received $28,300 in principal tuition from the United States Air Force for the Embry-Riddle Aeronautical University in Florida. Paluck must repay this outstanding principal plus accrued administrative charges, administrative penalty and interest due to his failure to maintain standards for continued enrollment in the AFROTC.

  E.  Describe the relief sought by the plaintiff:

    Judgment in the amount of $31,912.85 plus 1.33% interest from June 2, 2008 through the date of judgment, plus interest from the date of judgment at the statutory rate pursuant to 28 U.S.C. § 1961 until paid in full, costs of suit, including but not limited to, a filing fee of $350.00, and for such other proper relief as this court may deem just.

2. **Pending Motions and Case Plan**

  A.  Identify All Pending Motions:

    None

  B.  Proposed Discovery Plan:

    1.  Type of discovery needed:  Written discovery, possibly a deposition.

    2.  Date for Rule 26(a)(1) disclosures:   July 7, 2008.

    3.  Fact discovery completion date:   September 1, 2008.

    4.  Expert discovery completion date, including delivery of reports:   None.

    5.  Date for filing dispositive motions:   September 29, 2008.

    6.  Date for filing final pretrial order:   November 3, 2008.

  C.  With respect to trial, indicate the following:

    1.  Whether jury trial is requested:   No.

    2.  The probable length of the trial:  1-2 days.

    3.  When the case will be ready for trial:   November 17, 2008.

3. **Consent to Proceed Before a Magistrate Judge**

The parties do not unanimously consent to proceed before a magistrate judge.

4. **Status of Settlement Discussions**

  A.  Whether any settlement discussions have occurred:   No.

    B.    Describe the status of any settlement discussions:   None.

    C.    Whether the parties request a settlement conference:   Not at this time.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney


    By: s/Melissa A. Childs
      MELISSA A. CHILDS
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois  60604
      (312) 353-5331
      melissa.childs@usdoj.gov

**CERTIFICATE OF SERVICE**

 The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

 INITIAL STATUS REPORT

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on June 4, 2008, to the following non-ECF filers:

Matthew J. Paluck
10025 So. Longwood Dr.
Chicago, IL  60643

       By: s/ Melissa A. Childs
        MELISSA A. CHILDS
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois  60604
        (312) 353-5331
        melissa.childs@usdoj.gov