UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 2458 |
| ) | |
| v. ) | |
| ) | Judge Amy St. Eve |
| MATTHEW J. PALUCK, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT FOR DEFAULT JUDGMENT**

To prove up damages on the order of default entered in this cause, MELISSA A. CHILDS states as follows:

1. I am an Assistant United States Attorney for the Northern District of Illinois, and I have been assigned by the United States Attorney to prosecute the claim against the Defendant. This affidavit is made in accordance with FED. R. CIV. P. 55(b)(2), to obtain entry of a default judgment against the defendant for failure to answer or otherwise defend as to the United States complaint.

2. It appears from an examination of the records in this case that the defendant executed the Waiver of Service of Process on May 28, 2008, which has been filed with the Clerk of the Court.

3. More than sixty days have elapsed since the date the waiver form was executed, and the defendant has neither appeared in this cause nor pleaded, answered, or otherwise defended this suit within the time provided by the rules of this court.

4. The United States believes defendant has attained majority and does not have any information to indicate that defendant is incompetent. In compliance with the Service Members' Civil Relief Act of 2003, the United States has verified with the Department of Defense that defendant is not on active duty in the military service.

5. There is now due and owing to the United States on the debt set forth in the complaint the following:

| | |
|---|---|
| Principal: | $28,300 |
| Prejudgment interest to August 5, 2008 at 1.33% annually: | $706.49 |
| Accrued penalty and administrative costs: | $3,222.18 |
| Total judgment amount: | $32,228.67 |

6. The United States is entitled to $350.00 in costs, as provided for by 28 U.S.C. §§ 2412(a)(2) and 1914(a). Pursuant to local rule, a Bill of Costs will be filed with the Clerk of the Court within thirty days of the entry of judgment.

7. Accordingly, as set forth above, the United States requests that judgment be entered in favor of the United States, and against the defendant in the amount of $ 32,228.67, plus interest accruing thereafter at the legal post-judgment interest rate.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed August 5, 2008.

By: s/ Melissa A. Childs
MELISSA A. CHILDS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5331
melissa.childs@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

    AFFIDAVIT FOR DEFAULT JUDGMENT

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on August 5, 2008, to the following non-ECF filers:

Matthew J. Paluck
10025 So. Longwood Dr.
Chicago, IL  60643

                                   By: s/ Melissa A. Childs
                                      MELISSA A. CHILDS
                                      Assistant United States Attorney
                                      219 South Dearborn Street
                                      Chicago, Illinois  60604
                                      (312) 353-5331
                                      melissa.childs@usdoj.gov