# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2458 | **DATE** | 8/7/2008 |
| **CASE TITLE** | United States of America vs. Matthew J. Paluck | | |

**DOCKET ENTRY TEXT**

Based on the affidavit submitted by the government in support of a default judgment [9], the Court enters judgment against Defendant Matthew J. Paluck in the amount of $32,228.67. This amount represents $28,300 in principal, $706.49 in pre-judgment interest, and $3,222.18 in accrued penalty and administrative costs.

Notices mailed by Judicial staff.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | KF |
|---|---|---|