# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America	**JUDGMENT IN A CIVIL CASE**

      v.	Case Number: 08 C 2458

Matthew J. Paluck

☐	Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■	Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that based on the affidavit submitted by the government in support of a default judgment, judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Matthew J. Paluck in the amount of $32,228.67. This amount represents $28,300 in principal, $706.49 in pre-judgment interest, and $3,222.18 in accrued penalty and administrative costs.

                                              Michael W. Dobbins, Clerk of Court

Date: 8/7/2008	                                          
                                         /s/ Katie Franc, Deputy Clerk